IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CONSTANTINO CUARA RODRIGUEZ aka CONSTANTINO CUARA R., <br><br> Plaintiff, <br><br> v. <br><br> ROCKY MOUNTAIN POWER, et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> Case Nos. <br> 2:23-cv-00438-RJS-JCB <br> 2:23-cv-00451-RJS-JCB <br> 2:23-cv-00452-RJS-JCB <br> 2:23-cv-00453-RJS-JCB <br> 2:23-cv-00454-RJS-JCB <br> 2:23-cv-00524-RJS-JCB <br> 2:23-cv-00542-RJS-JCB <br> 2:23-cv-00543-RJS-JCB <br> 2:23-cv-00544-RJS-JCB <br> 2:23-cv-00545-RJS-JCB <br> 2:23-cv-00546-RJS-JCB <br> 2:23-cv-00547-RJS-JCB <br> 2:23-cv-00563-RJS-JCB <br> 2:23-cv-00564-RJS-JCB <br> 2:23-cv-00565-RJS-JCB <br> 2:23-cv-00566-RJS-JCB <br> 2:23-cv-00567-RJS-JCB <br> 2:23-cv-00568-RJS-JCB <br> 2:23-cv-00572-RJS-JCB <br> 2:23-cv-00573-RJS-JCB <br> 2:23-cv-00574-RJS-JCB <br> 2:23-cv-00575-RJS-JCB <br> 2:23-cv-00576-RJS-JCB <br> 2:23-cv-00579-RJS-JCB <br> 2:23-cv-00581-RJS-JCB <br> 2:23-cv-00582-RJS-JCB <br> 2:23-cv-00583-RJS-JCB <br> 2:23-cv-00585-RJS-JCB <br> 2:23-cv-00586-RJS-JCB <br> 2:23-cv-00596-RJS-JCB <br> 2:23-cv-00604-RJS-JCB <br> 2:23-cv-00607-RJS-JCB <br> 2:23-cv-00608-RJS-JCB |

|  | 2:23-cv-00609-RJS-JCB <br> 2:23-cv-00621-RJS-JCB <br> 2:23-cv-00636-RJS-JCB <br> 2:23-cv-00637-RJS-JCB <br> 2:23-cv-00638-RJS-JCB <br> 2:23-cv-00639-RJS-JCB <br> 2:23-cv-00640-RJS-JCB <br> 2:23-cv-00641-RJS-JCB <br> 2:23-cv-00648-RJS-JCB <br> 2:23-cv-00649-RJS-JCB <br> 2:23-cv-00650-RJS-JCB <br> 2:23-cv-00651-RJS-JCB <br> 2:23-cv-00667-RJS-JCB <br> 2:23-cv-00668-RJS-JCB <br> 2:23-cv-00669-RJS-JCB <br> 2:23-cv-00670-RJS-JCB <br> 2:23-cv-00692-RJS-JCB <br> 2:23-cv-00693-RJS-JCB <br> 2:23-cv-00694-RJS-JCB <br> 2:23-cv-00709-RJS-JCB <br> 2:23-cv-00710-RJS-JCB <br> 2:23-cv-00711-RJS-JCB <br> 2:23-cv-00712-RJS-JCB <br> 2:23-cv-00760-RJS-JCB <br> 2:23-cv-00761-RJS-JCB <br> 2:23-cv-00762-RJS-JCB <br> 2:23-cv-00763-RJS-JCB <br> 2:23-cv-00764-RJS-JCB <br> 2:23-cv-00815-RJS-JCB <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Jared C. Bennett |
|---|---|

Per the Order entered on July 8, 2024, the court dismisses with prejudice the above-captioned cases, and the Clerk of Court is directed to close the cases.

SO ORDERED this 16th day of July 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge